No. 03–8379. WYLEY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 03–8380. WIGGINS v. MOORE, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8382. SMITH v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 03–8383. BROADES v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8384. HOWARD v. ZEMMELMAN, JUDGE, COURT OF COMMON PLEAS OF OHIO, LUCAS COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 03–8386. WATERS v. WESTBROOKS, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 03–8390. BAKER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 03–8391. JACKSON v. ANDREASEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8393. WATTS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 03–8398. CANADA v. KNIGHT, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–8402. RIDDLESPRIGER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8412. PLATER v. DEMASS ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–8415. WEST v. MILLEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–8417. TIBBS v. TEXAS ET AL. C. A. 10th Cir. Certiorari denied.